IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-213-F-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANA BATTEN | ) | |

This matter is before the court on the government's appeal [DE-196] of the United States Magistrate Judge's Order Setting Release Conditions [DE-193] as to Defendant Dana Batten. That order having been vacated, the government's appeal [DE-196] is DISMISSED AS MOOT.

SO ORDERED.

This, the 22 day of July, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge